CR 14 00450 EJD

| PROB 22 (ED/CA) (Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0972 1:13CR00036-001 |
| | | DOCKET NUMBER *(REC. COURT)* |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Hoang Minh Nguyen<br>San Jose, California | E-CA | Fresno | |
| | NAME OF SENTENCING JUDGE<br>Lawrence J. O'Neill | | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>5/5/2014 | TO<br>5/4/2017 |

OFFENSE

18 U.S.C. 371: Conspiracy to Defraud the US to Commit Mail Fraud, and to Structure
18 U.S.C. 1956(h): Money Laundering

FILED
AUG 26 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 6, 2014
*Date*

*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

8/25/14
*Effective Date*

Lucy H. Koh
*United States District Judge*

CC: United States Attorney
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX